TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JENNIFER E. LAGRANGE
Assistant United States Attorney
California State Bar No. 238984
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jennifer.lagrange@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Darryl Gene Becenti<br>(Counts 1, 2, and 5),<br><br>2. Benson Quintana, Jr.<br>(Counts 3, 4, and 5), and<br><br>3. Matthew James Quintana<br>(Count 5),<br><br>Defendants. | No. CR-25-08131-PCT-DWL (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(3)<br>CIR-Assault with a Dangerous Weapon<br>Counts 1 through 4<br><br>18 U.S.C. §§ 1153, 113(a)(6), and 2<br>CIR-Assault Resulting in Serious Bodily Injury, Aid and Abet<br>Count 5 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DARRYL GENE BECENTI, an Indian, did intentionally and knowingly assault the victim, M.G., with dangerous weapons, that is, a stick with a circular saw blade and a stick with a blade, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 2**

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DARRYL GENE BECENTI, an Indian, did intentionally and knowingly assault the victim, E.T., with dangerous weapons, that is, a stick with a circular saw blade and a stick with a blade, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 3**

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENSON QUINTANA, JR., an Indian, did intentionally and knowingly assault the victim, E.T., with a dangerous weapon, that is, a metal bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 4**

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENSON QUINTANA, JR., an Indian, did intentionally and knowingly assault the victim, E.T., with a dangerous weapon, that is, a hatchet, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 5**

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, DARRYL GENE BECENTI, BENSON QUINTANA, JR., and MATTHEW JAMES QUINTANA, Indians, did intentionally, knowingly, and recklessly assault the victim, E.T., resulting in serious bodily injury.

//
//
//

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 22, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
JENNIFER E. LAGRANGE
Assistant U.S. Attorney